

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00645-CV

BOB BENNETT A/K/A ROBERT S. BENNETT, Appellant

V.

KELLY COGHLAN, COGHLAN & ASSOCIATES, RICHARD AND JANICE PULLMAN AS GUARDIANS OF MICHAEL PULLMAN, AND WINN BEAUDRY & WINN, LLP, Appellees

Appeal from the County Civil Court at Law No. 2 of Harris County, Texas. (Tr. Ct. Cause No. 759593).

**TO THE COUNTY CIVIL COURT AT LAW NO. 2 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 18th day of December, 2014, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> Appellant, Bob Bennett a/k/a Robert S. Bennett, has neither established indigence nor paid, or made arrangements to pay, the required fee for preparing the clerk's record. After being notified that this appeal was subject to dismissal, appellant did not timely respond. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed.

The Court **orders** that costs be taxed against appellant.

The Court **orders** that this decision be certified below for observance.

Judgment rendered December 18, 2014.

Per curiam opinion delivered by panel consisting of Justices Keyes, Higley, and Brown.

    **WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

February 27, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

